PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE ~~Southern~~ DISTRICT OF TEXAS
### McAllen DIVISION

_Otis Evans  533532479_
Plaintiff's Name and ID Number

_FCC Beaumont Complex - Medium_
Place of Confinement

CASE NO._____
(Clerk will assign the number)

_Jury Trial Demand_

v.

_United States Boarder Patrol Agents_
Defendant's Name and Address
_McAllen Texas_
_unknown Board Patol agents_
Defendant's Name and Address

•

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.
**FILING FEE AND _IN FORMA PAUPERIS_ (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.  You must also include a current six-month history of your inmate trust account.  If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  *See*  28 U.S.C. § 1915.  Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner.  If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account.  Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date.  Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief.  Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES  ✓NO

    B.   If your answer to "A" is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1.   Approximate date of filing lawsuit:_____

      2.   Parties to previous lawsuit:

        Plaintiff(s)_____

        Defendant(s)_____

      3.   Court: (If federal, name the district; if state, name the county.)_____

      4.   Cause number:_____

      5.   Name of judge to whom case was assigned: _____

      6.   Disposition:  (Was the case dismissed, appealed, still pending?) _____

      7.   Approximate date of disposition:_____

II.      PLACE OF PRESENT CONFINEMENT:_____

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___ YES _✓_ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

*There is no Grievance Procedure available*

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: *OTIS EVANS Reg# 53352479*
*FCC Beaumont Complex - medium*
*P.O. Box 26040 Beaumont TX 77720*

B. Full name of each defendant, his official position, his place of
employment, and his full <u>mailing</u> address.

Defendant #1: *United States Border Patrol and unknown Agents.*
*and their K-9*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*unknown Agent used excessive force, and Caused Serious Body injury*

Defendant #2: *Unknown agent allowed fellow agent to Assault me*
*and failed to intervene or try to Stop him, failed to Protect me.*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

V.   STATEMENT OF CLAIM:

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was stopped by the Boarder Patrol on hwy 281 in Hidalgo County Texas. Once I was hand cuffed lying face down on the ground. one of the Boarder patrol agents started beating me up for no reason. at one point he picked me up a few feet off the ground then slammed me back down on the ground smashing my face on the concrete. Then he came down hard with his knees in my back and Broke my ribs and dislocated my back. He smashed my head Several times to the ground causing me to lose The collision when My head hit the ground was so hard that it was later determined at the Hospital that My Brain was bleeding. The excessive force and assault lasted Several minutes when the beating finally ended. The agents called for an ambulance See Attached →

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.   Cite no cases or statutes.

I want this court to allow my complaint to survive screening and allow discovery So I can present my case in full
I ask for damages $250,000.⁰⁰ Two hundred fifty Thousand dollars

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

NONE

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?       ____YES  ✓NO

B. If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                ____YES  ✓NO

Continuation from Statement P.4

The use of excessive force during my arrest was unreasonable and unnecessary. I did not attempt to resist arrest or flee and I submitted to every command made by the officers.

The Agents are members of the United States Boarder Patrol and Should be better trained and disciplined to refrain from use of excessive force.

Here. The Agents Caused me to have Serious injury

That required Hospitalization and extensive Medical Procedures. I am an United States Citizen and Protected by the U.S Constitution fourthaenth and Fourth Amendment to be free from excessive Force and injury under the Eighth Amendment.

To expand the record and allow Full discovery will help me prove that (1) I was injured by officers excessive force actions. (2). which resulted directly and only from the use of force that was clearly excessive, and (3) The excessiveness of which was Nearly unreasonable.

I still suffer advese effects from my insuries.

END Statement

C. Has any court ever warned or notified you that sanctions could be imposed?   _____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1.   Court that issued warning (if federal, give the district and division): _____

   2.   Case number:_____ *NONE* _____

   3.   Approximate date warning was issued:_____

Executed on: _6-9-19_ _____
        DATE

                                 _____
                                    (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.   I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2.   I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3.   I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4.   I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5.   I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____9_____ day of _____Jun_____, 20 _19_ .
            (Day)                  (month)        (year)

                                   _____
                                    (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**