UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| OTIS EVANS | ) | |
| | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:19-cv-358 |
| | ) | |
| U.S. BORDER PATROL AGENTS | ) | |
| | ) | |
|    *Defendants*. | ) | |

**ORDER GRANTING DEFENDANT ADRIAN CASTILLO'S
MOTION TO DISMISS AND/OR ALTERNATIVELY FOR SUMMARY JUDGMENT
(DOCKET NO. 16)**

Came on to be heard this day the Motion of Defendant Adrian Castillo to dismiss all claims filed in this suit against him by Plaintiff Otis Evans, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief may be granted. Defendant alternatively seeks summary judgment in his favor on all claims brought by Plaintiff. After considering the Motion (Docket No. 16), and any Response filed by Plaintiff, the Court is of the opinion that the Motion is with merit and should be granted. It is therefore

ORDERED that Defendants' Motion to Dismiss and/or Alternatively for Summary Judgment (Docket No. 16) is hereby granted. The suit by Plaintiff Otis Evans is hereby DISMISSED, and all relief requested by Plaintiff is DENIED.

Done this _____ day of _____, 2020, at McAllen, Texas.

                                                                                                              _____
                                                                                                              Honorable Juan Alanis
                                                                                                              United States Magistrate Judge