United States District Court
Southern ___ ___ of Texas
FILED

JUN 0 3 2020

David J. Bradley, Clerk

Letter of Address Change:

To The District Clerk of Southern Texas

I, Otis Evans am sending this letter on
6-3-2020 as notification of change of address.
Please note and enter my new address to be:
317 Oblate Mission, Texas 78572

Thank you,

Otis Evans
(DOB) 1-7-63
x  Otis Evans