To The District Clerk of Southern Texas

Notice of Address Change Enclosed

Rec'd
6-3-2020
vns

CLERK U.S. DISTRICT COURT
RECEIVED
JUN 03 2020
SOUTHERN DIST. OF TEXAS
McALLEN, TEXAS